## Wilfred J. Malone et al., Appellees, v. William E. Ray, Appellant.

### Gen. No. 44,980.

John A. Brown and Charles C. Kirk, for appellant; S. J. Konenkamp, for appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed May 3, 1950; released for publication May 23, 1950.